UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HAYTHAM SHARIEF

        Plaintiff,

  v.

MICHAEL CHERTOFF, et al.,

        Defendants.
_____/

2:07-cv-1662 FCD DAD

ORDER TO SHOW CAUSE

----oo0oo----

     An Order Requiring a Joint Status Report was filed on August 14, 2007 requiring that a joint status report should be filed within sixty (60) days of service of the complaint on any party, or from the date of removal.  A review of the court's docket shows that defendants have not yet appeared, and a minute order was issued requiring that a Joint Status Report be filed on or before April 14, 2008, with all parties participating.  The parties were reminded that a failure to file a joint status report in a timely manner may result in the imposition of sanctions.

     The court, therefore, makes the following order:

     1.    Mr. Larry James, counsel for plaintiff, is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to comply with the court's August 14,

2007 order and the court's March 12, 2008 minute order.

    2.    Mr. James shall file his response to the Order to Show Cause on or before June 13, 2008 .

    3.    A hearing on the order to show cause and a status conference are set for June 20, 2008 at 10:00 A.M.

IT IS SO ORDERED.

DATED: May 16, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE