UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HAYTHAM SHARIEF,

    Plaintiff,        NO. 2:07-cv-1662 FCD DAD

<u>ORDER FOR SANCTIONS</u>

<u>ORDER TO SHOW CAUSE</u>

    v.

MICHAEL CHERTOFF, et. al.,

    Defendants.

----oo0oo----

    On May 19, 2008 the Court issued an Order to Show Cause as to plaintiff's counsel, Mr. Larry Paul James, for failure to submit a joint status report in accordance with the Court's order filed August 14, 2007.  Mr. James was ordered to file a response no later than June 13, 2008, with a hearing set for June 20, 2008.

///

1

As of June 16, 2008, no such response has been received nor has a joint status report been filed. Accordingly, the court makes the following orders:

1.  Mr. James shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

2.  This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3.  Counsel shall read the Civil Rules of the Local Rules of the United States District Court for the Eastern District of California in their entirety **within thirty (30) days** of the filing of this Order for Sanctions.

4.  **Not later than thirty (30) days from the filing of this Order, plaintiff's counsel shall file a declaration attesting to his compliance with the terms of this Order.**

5. The Order to Show Cause Hearing set for June 20, 2008 is VACATED.

///

///

1    The court finds plaintiff counsel's continuing failure to comply with the court's orders a very serious violation and hereby makes the following orders:

2    1.  Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

3    2.   Plaintiff's counsel shall file a response to the order to show cause on or before July 25, 2008.

4    3.   A hearing on this order to show cause is set for Friday, August 8, 2008 at 10:00 a.m.

DATED: June 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE